# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Conservation Law Foundation, Inc. ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.1:16—CV-12451-RGS |
| American Recycled Materials, Inc. ) | |
| Defendant. ) | |

### DECLARATION OF SIERRA H. BRIGHT

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I, Sierra H. Bright, declare the following based upon my personal knowledge:

1. I am 53 years old and I am competent to testify to all of the facts contained in this declaration.

2. I reside at 55 Smith Street in Dover, Massachusetts, where I have lived since 1995.

3. I am a member of Conservation Law Foundation (CLF). I first joined CLF in 1997 because I care greatly about protecting the quality of the natural environment, including water resources, as well as the health of New England's communities. It is my understanding that CLF is active throughout New England, including here in Massachusetts, in advocacy to protect the environment and communities, including work to ensure that laws intended to protect our environment, such as the Clean Water Act, are followed.

4. My home and land in Dover, Massachusetts are located on the Charles River downstream from Bogastow Brook. I estimate that I have approximately 300 yards of frontage in my

name. Between roughly two and three hundred yards of my land separate my house from the Charles River.

5. I also own and operate a farm, called Rivendell, on my property along the Charles River, downstream from Bogastow Brook. The farm is an organic farm, and I have operated it since approximately 1996. The organic nature of my farming operation is very important to me (although it is not officially certified as such). I do not use any chemical fertilizers, pesticides, nor herbicides. I fertilize very infrequently and utilize only organic products such as compost. Currently, I grow, harvest, and sell hay, and in the past my crops have included corn and pumpkins. I also use the hay that I grow to feed my horse. It is my understanding that the land has been used as an active farm for multi-purpose crops, as well as for animals such as sheep, pigs, and turkeys, for over 100 years.

6. Most years, the Charles River swells in the spring and fall so extensively that it floods my land and farm fields. The high water generally lasts for about one to two weeks. In the past, the water on my farm fields has been so deep that my family and I have canoed over the fields.

7. I take great enjoyment in being able to see the Charles River from my home and from my land. I also derive great pleasure from viewing wildlife that feeds upon, lives in, or otherwise makes use of the Charles River. I have observed species including bald eagles, great blue herons, snapping turtles, deer, and muskrats in the river or on my land in proximity to the Charles River. When the Charles River has flooded, I have also observed ducks and other water foul on my property in the flood-created pond.

8. In the past, some of the people who worked on my farm have consumed fish that they fished from the Charles River from the shores of my property.

9. I am aware that stormwater runoff adds pollutants to water bodies. In particular, in the past I have been made aware that portions of the Charles River, including portions that abut and periodically flood my organic farm, are not safe to swim in or to fish from due to pollutants entering the Charles River through runoff from upstream industrial facilities at certain times of year.

10. It is my understanding that the Environmental Protection Agency has a permitting program under the Clean Water Act that regulates the discharge of stormwater from certain industrial activities and the discharge of process wastewater. I further understand that CLF has sued a company doing business as American Recycled Materials, Inc. for its failure to obtain coverage under, and comply with the requirements of, relevant Clean Water Act permits. I have been made aware that American Recycled Materials, Inc. operates a site accepting asphalt, brick, and concrete materials that it stores, moves, and processes on a site located on the banks of the Bogastow Brook. I understand that the Bogastow Brook runs into the Charles River upstream from my property.

11. Protecting the health and cleanliness of our local waters, including the Bogastow Brook and the Charles River, is very important to me. Having enjoyed the natural beauty of the Charles River and derived pleasure from the wildlife that depend upon it, I would be disheartened and adversely impacted if existing environmental laws were not properly implemented or complied with in ways to fully protect the health of the Charles River now and in the future. It is my desire to sustain the well-being of these natural resources that I have used and enjoyed and that I intend to use and enjoy in the future. It is my strong hope that unpermitted discharges into the river, including stormwater pollution associated with industrial facilities such as American Recycled Materials, Inc., will not

be allowed and that the river will benefit from the full protections of the Clean Water Act and other environmental laws. It concerns me that unpermitted discharges pollute the Bogastow Brook which flows into the Charles River, which periodically floods my lands and farm fields, and upon which wildlife relies.

12. I believe that compliance with environmental laws, including the Clean Water Act, is essential to protecting the quality of our environment, including soils and waters, including Bogastow Brook, the Charles River and other associated waters, and my use and enjoyment thereof.

13. The presence of pollution in, and flowing into the Bogastow Brook and the Charles River adversely affects my use and enjoyment of these water bodies, including the pleasure I derive from viewing the waters from my property and from observing wildlife in and nearby the river. My enjoyment of these water bodies is dependent upon good water quality. Unpermitted discharges from the American Recycled Materials, Inc. facility will, if uncorrected, adversely affect my use and enjoyment of these water bodies and the surrounding lands.

14. The presence of pollution in the Bogastow Brook and the Charles River also adversely affects my ability to grow and harvest crops organically on my land. I am very concerned that pollutants in the Charles River caused by upstream unpermitted stormwater discharges from American Recycled Materials, Inc. and other sources adversely affect my lands and my crops. Pollutants in the river are deposited on my farm fields when the river floods my land. These contaminants in my soil may not only may make my crops less bountiful, but also undermine my ability to grow organic crops and would be

      incredibly difficult and expensive to remedy. I am also very concerned that pollutants in the water could contaminate the hay that I grow and feed to my horse.

15. I would enjoy my use of the Charles River downstream of Bogastow Brook and surrounding waters and lands more in the future if such waters were healthy and less polluted, and if major contributors and sources of stormwater pollution, including American Recycled Materials, Inc., complied with the Clean Water Act and reduced their pollution.

16. Failure to adequately protect the Bogastow Brook, the Charles River, and connected waters in the area would adversely impact my use and enjoyment of these waterbodies and the surrounding lands. To me, the value of these waters and the surrounding lands would be lessened by continued unpermitted discharges into the Bogastow Brook.

      I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed on April 3, 2017.

                                                                       */s/ Sierra H. Bright*

                                                                        Sierra H. Bright