# **EXHIBIT C**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Conservation Law Foundation, Inc. ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.1:16—CV-12451-RGS |
| American Recycled Materials, Inc. ) | |
| Defendant. ) | |

### DECLARATION OF CORNELIA C. ROBERTS

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I, Cornelia C. Roberts, declare the following based upon my personal knowledge:

1. I am 73 years old and I am competent to testify to all facts contained in this declaration.

2. I reside at 202 Lake Street in Sherborn, Massachusetts. I have resided in Sherborn for approximately fifty years. Before that, I grew up in Dover, Massachusetts, where I lived for about twenty years.

3. I am a member of Conservation Law Foundation ("CLF"). I first joined CLF in 1991 because I care greatly about protecting the quality of the natural environment, including water resources, as well as the health of our communities. It is my understanding that CLF is active throughout New England, including here in Massachusetts, in advocacy to protect the environment and communities, including work to ensure that laws intended to protect our environment, such as the Clean Water Act, are followed.

4. As a longtime resident of Sherborn, I greatly appreciate the natural resources that the Sherborn area and Massachusetts have to offer. I have used and enjoyed water bodies in

1

the area, including Bogastow Brook and the Charles River, throughout my time in Sherborn. For instance, I enjoy the Charles River from the land along its shores. I regularly use the trails that are on conservation land alongside the Charles River, downstream of Bogastow Brook, and have done so for many years. I walk my dogs there on a regular basis, typically at least once per week. The trails traverse through scenic forests and fields, and I enjoy views of the Charles River as I walk. My dogs drink from the Charles River during these walks, and in the summer they cool off by swimming in the water. On these walks I typically pass many other people walking there, often with dogs, some riding horses. I also walk past a canoe landing, where people launch canoes, and I am aware that boy scouts camp along the shores of the Charles River near the trails.

5. In the past, I have canoed on the Charles River with my children. We used to canoe on the river for miles. We enjoyed the beauty of the Charles River and the wildlife we saw there while we canoed.

6. I also used to ride my horse on the trails along the Charles River downstream of Bogastow Brook. I would allow the horses to drink from the Charles River, and we would ford the river, allowing the horses to walk through the water. Many people still use the trails to ride horses.

7. I enjoy using the trails and have enjoyed canoeing on the Charles River because these are opportunities to explore and experience the natural beauty of the water and the Sherborn area. I also enjoy these activities because they give me the opportunities to observe wildlife, which I greatly appreciate. On the trails along the Charles River, I have observed animals including fox and deer. I derive great pleasure from viewing wildlife that feeds upon, lives in, or otherwise makes use of the Charles River. I also love to view

birds, and I have seen many different species, including red tailed hawks, black birds, and pileated woodpeckers, particularly in the marshy areas along the Charles River. I also like listening to the barred owls calling.

8. I periodically drive my car over a bridge that crosses Bogastow Brook. Bogastow Brook is a beautiful body of water, and I enjoy scenic views of the waters beneath me as I pass.

9. Protecting the health and cleanliness of our local waters, including Bogastow Brook and the Charles River, including portions downstream of Bogastow Brook, is very important to me. Having lived in the area for around fifty years, I recall when the Charles River was far dirtier than it is today. Now that I enjoy the natural beauty and recreational benefits of these water bodies, I am concerned that progress in cleaning up the rivers will be derailed if environmental laws are not properly implemented or complied with to preserve the health of these water bodies now and into the future. It is my desire to sustain the well-being of these natural resources that I have used and enjoyed and that I intend to use and enjoy in the future.

10. It is my understanding that the Environmental Protection Agency has a permitting program under the Clean Water Act that regulates the discharge of stormwater from certain industrial activities and the discharge of process wastewater. I further understand that CLF has sued a company doing business as American Recycled Materials, Inc. for its failure to obtain coverage under, and comply with the requirements of, relevant Clean Water Act permits. I have been made aware that American Recycled Materials, Inc. operates a site accepting asphalt, brick and concrete materials that it stores, moves, and processes on a site located on the banks of Bogastow Brook. I understand that Bogastow

Brook runs into the South End Pond in Millis, Massachusetts, and flows thereafter into the Charles River.

11. I believe that compliance with environmental laws, including the Clean Water Act, is essential to protecting the quality of our environment, including waters such as Bogastow Brook, the Charles River, and other associated waters, and my use and enjoyment thereof. It is my strong hope that unpermitted discharges into these waters, including stormwater pollution associated with industrial activities, will not be allowed and that the waters will benefit from the full protections of the Clean Water Act and other environmental laws.

12. The presence of pollution in, and flowing into, Bogastow Brook, which flows thereafter into the Charles River, adversely affects my use and enjoyment of these water bodies. My enjoyment of these water bodies is dependent upon good water quality. Unpermitted discharges from the American Recycled Materials, Inc. facility will, if uncorrected, adversely affect my use and enjoyment of these water bodies, including the enjoyment I get from walking alongside and viewing the Charles River, and allowing my dogs to drink and swim in the water.

13. I would enjoy my use of the Charles River, including portions downstream of Bogastow Brook, and surrounding waters and lands more in the future if such waters were healthy and less polluted and if major contributors and sources of stormwater pollution, including American Recycled Materials, Inc., complied with the Clean Water Act and reduced their pollution.

14. Failure to adequately protect Bogastow Brook, the Charles River, and connected waters in the area would adversely impact my use and enjoyment of these waterbodies and the

surrounding lands. To me, the value of these waters and the surrounding lands would be lessened by continued unpermitted discharges into Bogastow Brook. Failure to ensure compliance with the Clean Water Act's protections would greatly detract from one of the important factors that contributes to my quality of life as a Sherborn resident – the presence and protection of our natural resources.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on April 3, 2017.

*/s/ Cornelia C. Roberts*

Cornelia C. Roberts