# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Conservation Law Foundation, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.1:16—CV-12451-RGS |
| ) | |
| American Recycled Materials, Inc. ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF SARA L. WRAGGE**

Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I, Sara L. Wragge, declare the following based upon my personal knowledge:

1. I am 63 years old and I am competent to testify to all facts contained in this declaration.

2. I reside at 46 Forest Street in Sherborn, Massachusetts, where I have lived for 37 years.

3. I am a member of Conservation Law Foundation ("CLF"). I first joined CLF in 1988 because I care greatly about protecting the quality of the natural environment, including water resources, as well as the health of our communities. It is my understanding that CLF is active throughout New England, including here in Massachusetts, in advocacy to protect the environment and communities, including work to ensure that laws intended to protect our environment, such as the Clean Water Act, are followed.

4. As a longtime resident of Sherborn, I greatly appreciate the natural resources that the Sherborn area and Massachusetts have to offer. I have used and enjoyed water bodies in the area, including the South End Pond in Millis, Massachusetts and the Charles River, including portions downstream of Bogastow Brook, throughout my time in Sherborn. For

1

instance, I enjoy kayaking, and have kayaked many times over the years on various waterbodies in the area. I kayak primarily on the Charles River, often downstream of Bogastow Brook, and I also enjoy kayaking on the South End Pond. I enjoy doing so because it offers me an opportunity to explore and experience the natural beauty of the water and the Sherborn area, and also because it gives me the opportunity to view wildlife. I always bring binoculars when I go kayaking, and I derive a lot of pleasure from observing wildlife including blue herons, swallows, and muskrats on the Charles River, as well as songbirds associated with the wetlands habitat.

5. I also enjoy the Charles River downstream of Bogastow Brook from the land along its shores, for instance in Rocky Narrows, a reservation that I often visit and that I estimate is less than a tenth of a mile walk from my house. There, I walk the trails through forests and fields, and in many places, enjoy beautiful views of the Charles River. In the winter, I love to cross country ski on the trails and also snow shoe along the shores of the Charles River. While recreating on these trails, I derive pleasure from observing many wild animals as well as wild animal tracks. In addition, in the past I used to ride my horse on other trails along the river.

6. Protecting the health and cleanliness of our local waters, including Bogastow Brook, South End Pond, and the Charles River including portions downstream of Bogastow Brook, is very important to me. Having enjoyed the natural beauty and recreational benefits of these water bodies, and appreciating the wildlife that is dependent upon these waterbodies, I would be disheartened and adversely impacted if existing environmental laws were not properly implemented or complied with in order to preserve the health of these water bodies now and into the future. It is my desire to sustain the well-being of

these natural resources that I have used and enjoyed and that I intend to use and enjoy in the future.

7. It is my understanding that the Environmental Protection Agency has a permitting program under the Clean Water Act that regulates the discharge of stormwater from certain industrial activities and the discharge of process wastewater. I further understand that CLF has sued a company doing business as American Recycled Materials, Inc. for its failure to obtain coverage under, and comply with the requirements of, relevant Clean Water Act permits. I have been made aware that American Recycled Materials, Inc. operates a site accepting asphalt, brick and concrete materials that it stores, moves, and processes on a site located on the banks of Bogastow Brook. I understand that Bogastow Brook runs into the South End Pond in Millis, Massachusetts, and flows thereafter into the Charles River.

8. I believe that compliance with environmental laws, including the Clean Water Act, is essential to protecting the quality of our environment, including waters such as Bogastow Brook, South End Pond, the Charles River, and other associated waters, and my use and enjoyment thereof. It is my strong hope that unpermitted discharges into these waters, including stormwater pollution associated with industrial activities, will not be allowed and that the waters will benefit from the full protections of the Clean Water Act and other environmental laws. I am concerned that the health of these waters and associated wildlife will be harmed by unpermitted discharges of pollutants into Bogastow Brook.

9. The presence of pollution in, and flowing into, Bogastow Brook, which flows thereafter into South End Pond and the Charles River, adversely affects my use and enjoyment of these water bodies, including the enjoyment I get from kayaking upon them and viewing

      the associated wildlife. My enjoyment of these waters is dependent upon good water quality. Unpermitted discharges from the American Recycled Materials, Inc. facility will, if uncorrected, adversely affect my use and enjoyment of these water bodies.

10. I would enjoy my use of the South End Pond, the Charles River including portions downstream of Bogastow Brook, and surrounding waters and lands more in the future if such waters were healthy and less polluted and if major contributors and sources of stormwater pollution, including American Recycled Materials, Inc., complied with the Clean Water Act and reduced their pollution.

11. Failure to adequately protect Bogastow Brook, South End Pond, the Charles River, and connected waters in the area would adversely impact my use and enjoyment of these waterbodies and the surrounding lands. To me, the value of these waters and the surrounding lands would be lessened by continued unpermitted discharges into Bogastow Brook. Failure to ensure compliance with the Clean Water Act's protections would greatly detract from one of the important factors that contributes to my quality of life as a Sherborn resident – the presence and protection of our natural resources.

      I declare, under penalty of perjury, that the foregoing is true and correct. Executed on April 3, 2017.

*/s/ Sara L. Wragge*

Sara L. Wragge
